UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO GARCIA III,

                          Plaintiff,

-v-

ATRIA MANAGEMENT COMPANY, LLC,
ATRIA SENIOR LIVING, INC.,
JOANNA MANSFIELD, WAYNE ROSE, *and*
SARAH LALOYAN,

                          Defendants.

25 Civ. 3730 (PAE)

Order

PAUL A. ENGELMAYER, District Judge:

    The Court is in receipt of defendants' motion to compel arbitration or, alternatively, to partially dismiss the complaint. Dkts. 29–32. As to the motion to compel arbitration, plaintiff will file his opposition by October 14, 2025. Defendants will file their reply, if any, by October 21, 2025. The Court suspends briefing as to the motion for partial dismissal, pending adjudication of the motion to compel arbitration.

    SO ORDERED.

                                                *Paul A. Engelmayer*
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: September 30, 2025
       New York, New York

1