UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO GARCIA III,

Plaintiff,

-v-

ATRIA MANAGEMENT CO., LLC *et al.*,

Defendant.

25 Civ. 3730 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 5, 2025, Rolando Garcia III filed the Complaint. Dkt. 1. On September 9, 2025, defendants moved to compel arbitration, or, in the alternative, to partially dismiss the Complaint. Dkt. 29. On September 30, 2024, the Court suspended briefing as to the motion to dismiss, pending adjudication of the motion to compel arbitration, as to which briefing continued. Dkt. 33. That motion is now fully briefed. Pertinent here, in opposition to the motion to compel arbitration, Garcia sought leave to amend his Complaint, to enable him to attempt to fortify his claims, and thereby his contention that there is a well-pled claim within the meaning of the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act ("EFAA"). Dkt. 38 at 14.

On review of the parties' briefs, the Court's judgment is that resolution of the motion to compel arbitration should await amendment of the Complaint. Such will enable the Court to durably resolve the issues that the motion to compel presents as to the EFAA. *See, e.g.*, *Yost v. Everyrealm, Inc.*, 657 F. Supp. 3d 563, 576 (S.D.N.Y. 2023) (Engelmayer, J.) (on motion to compel, "the Court authorized [plaintiff] to file an amended complaint that would fully set out

the facts in support of her claims of sexual harassment"); *Johnson v. Everyrealm, Inc.*, 657 F. Supp. 3d 535, 547 (S.D.N.Y. 2023) (Engelmayer, J.) (same).

Accordingly, the Court directs Garcia to file an amended complaint by August 14, 2026. By September 4, 2026, defendants shall (1) file a new motion to compel and/or dismiss; or (2) submit a letter to the Court, copying Garcia, stating that they rely on the previously filed motion. The Court will then issue an order as to next steps, including as to whether it again intends to bifurcate resolution of any motion to compel and motion to dismiss.

For avoidance of doubt, this is Garcia's opportunity to amend the Complaint in its entirety, not just with respect to the allegations related to the EFAA. No further opportunities to amend will ordinarily be granted.

In light of the foregoing, the Clerk of Court is respectfully directed to terminate the motion pending at docket 29.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: July 24, 2026
New York, New York