YOUNG & MA
LLP

445 Park Avenue
9th Floor
New York, NY 10022

P: 646-379-7703
F: 866-839-4306
E: tma@youngandma.com

October 17, 2026

VIA ECF
Honorable Paul A. Engelmayer
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: Rolando Garcia III v. Atria Management Company, LLC, Atria Senior Living, Inc., Joanna Mansfield, Wayne Rose, and Sarah Laloyan
No. 1:25-cv-03730-PAE

Dear Judge Engelmayer,

We represent Plaintiff Rolando Garcia III in the above-referenced matter. Pursuant to Section 1.E of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff respectfully requests an adjournment of the telephonic Initial Pretrial Conference scheduled by the Court's October 14, 2026 Notice and Order (Dkt. No. 52).

The undersigned is scheduled to defend a deposition in another matter on November 19, creating a direct scheduling conflict. Plaintiff therefore respectfully requests that the conference be adjourned to one of the following dates, subject to the Court's availability:

(1) November 23, 2026;
(2) November 30, 2026; or
(3) December 2, 2026.

Plaintiff has made no prior request to adjourn this conference or to extend the related pre-conference submission deadlines. Defendants consent to the requested adjournment.

Very truly yours,

Tiffany Ma

Tiffany Ma

cc: Counsel for Defendants (via ECF)

GRANTED. The telephonic initial pretrial conference is hereby adjourned to November 30, 2026 at 2:30 pm.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 19, 2026
New York, New York