**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9980

**Writer's E-mail:**
cmburr@fisherphillips.com

**November 19, 2026**

***Via ECF***

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

***Re: Rolando Garcia III v. Atria Management Company, LLC, et al.***
***Case No. 25-cv-03730-PAE***

Dear Judge Engelmayer:

We represent Defendants Atria Management Company, LLC, Atria Senior Living, Inc., Joanna Mansfield, Wayne Rose, and Sarah Laloyan (collectively, "Defendants"), in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules and Practices Section 1.E., to respectfully request an adjournment of the parties' initial pretrial conference currently scheduled for January 11, 2027, at 10:30 a.m. *See* ECF No. 58.

Unfortunately, Partner Melissa Camire has a routine medical procedure scheduled on that day that will render her unavailable. This procedure will not impact the parties' mediation currently scheduled for December 18, 2026. In light of Your Honor's Individual Rules and Practices Section 2.C., Defendants respectfully request that the initial pretrial conference currently scheduled for January 11, 2027, be adjourned to one of the following dates, subject to the Court's availability:

- January 12, 2027;
- January 14, 2027; or
- January 15, 2027.

Plaintiff consents to the requested adjournment. This is Defendants' first request for an adjournment of the initial pretrial conference and does not affect any scheduled dates in this matter. We thank the Court for its time and attention.

Sincerely,

Melissa Camire
Camilo M. Burr
FISHER & PHILLIPS LLP

Cc: Counsel of Record (*via* ECF)

GRANTED. The initial pretrial conference is adjourned to January 12, 2027 at 10:30 a.m.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: November 19, 2026
New York, New York